ALVERSON TAYLOR & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No. 390
KARIE WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
(702) 384-7000
*Attorneys for Defendant*
*Longs Drug Stores California, LLC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELEANOR KONRAD, | CASE NO.:   2:21-CV-354-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE** |
| vs. | |
| LONGS DRUG STORES CALIFORNIA, L.L.C., | ECF No. 23 |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, ELEANOR KONRAD and Defendants LONGS DRUG STORES CALIFORNIA, LLC, by and through their respective counsel of record, that Plaintiff's claims against Defendant are hereby DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs. This matter had not yet been set for trial.

. . .

. . .

. . .

. . .

KW-27068

Dated this 29th day of July 2022.

ALVERSON TAYLOR & SANDERS

*[signature]*
LEANN SANDERS, ESQ.
Nevada Bar No. 390
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
*Attorneys for Defendant*

Dated this 29th day of July 2022.

TINGEY INJURY LAW FIRM

/s/ Justin Dewey, Esq.
BRUCE TINGEY, ESQ.
Nevada Bar No. 5151
eservice@tingeylawfirm.com
JUSTIN DEWEY, ESQ.
Nevada Bar No. 14508
Justin@tingeylawfirm.com
817 S. Main Street
Las Vegas, NV 89101
702-333-0000 Phone
*Attorneys for Plaintiff*

## ORDER FOR DISMISSAL, WITH PREJUDICE

Based on the parties' stipulation [23] and good cause appearing, IT IS HEREBY ORDERED that all claims asserted by Plaintiff against Defendant are DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. DISTRICT JUDGE

k:\z-client\27068\pleadings\sao dismiss.doc        08/03/2022